IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00160-PAB-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DONALD BRIAN WINBERG,

       Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AND SPECIFIC ASSETS AGAINST DEFENDANT DONALD WINBERG**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment and Specific Assets [Docket No. 114] against defendant Donald Winberg pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On April 16, 2015, the United States and defendant Donald Winberg entered into a Plea Agreement [Docket No. 111]. The Plea Agreement provides, *inter alia*, that defendant agreed to plead guilty to Counts 1 and 16 of the Superseding Indictment, charging two violations of 18 U.S.C. § 1349, and further to forfeit the proceeds defendant obtained as a result of the counts of conviction, including the following property, to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

    a.  $153,910.20 in currency seized on February 5, 2015 and

    b.  a money judgment in the amount of $1,541,689.90.

Wherefore, it is

**ORDERED** that defendant Donald Brian Winberg's interest in the following:

    a. $153,910.20 in currency seized on February 5, 2015 and

    b. a money judgment in the amount of $1,541,689.90

is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  It is further

**ORDERED** that $1,541,689.90 is subject to forfeiture as proceeds obtained through commission of the offenses in Counts 1 and 16 directly or indirectly, for which defendant Donald Winberg has pleaded guilty.  Defendant Donald Brian Winberg is jointly and severally liable for this amount with co-defendant Karlien Richel Winberg.  It is further

**ORDERED** that a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Donald Brian Winberg in the amount of $1,541,689.90 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture and Forfeiture Money Judgment shall become final as to defendant Donald Brian Winberg at the time of sentencing and shall be made part of the sentence and included in the judgment.  It is further

**ORDERED** that the United States is directed to seize the property subject to forfeiture and further to make its return as provided by law.  It is further

**ORDERED** that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least

thirty consecutive days and shall make its return to this Court that such action has been completed. It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED May 6, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge