IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00160-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD BRIAN WINBERG and
2. KARLIEN RICHEL WINBERG,

    Defendants.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET
2004 NISSAN ARMADA**
_____

    This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for Substitute Asset - 2004 Nissan Armada [Docket No. 118]. The Court having read said motion and being fully advised in the premises finds:

    1.    On April 16, 2015, the United States and defendants Donald Brian Winberg and Karlien Richel Winberg entered into Plea Agreements which provide a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. Docket Nos. 108 at 4, 111 at 4.

    2.    On May 6, 2015, the Court entered Preliminary Orders of Forfeiture for a Personal Money Judgment in the amount of $1,541,689.90 jointly and severally against defendants Donald Brian Winberg and Karlien Richel Winberg. Docket Nos. 116 and 117.

3. The United States has moved for an order for forfeiture of a substitute asset, more fully described as a 2004 Nissan Armada, VIN: 5N1AA086B64N703677, titled to Rising River Farms.

4. The United States has met the factors articulated in 21 U.S.C. § 853(p) to establish forfeiture of the substitute asset.

5. The substitute asset is valued at approximately $6,000.00.

6. The substitute asset is to be forfeited and the funds applied to the defendants' forfeiture money judgments entered jointly and severally, totaling $1,541,689.90.

7. Forfeiture of the substitute asset will not exceed $1,541,689.90, the amount of the forfeiture money judgments entered against defendants Donald Brian Winberg and Karlien Richel Winberg.

Therefore, it is

**ORDERED** that the United States' Motion for Preliminary Order of Forfeiture for Substitute Asset - 2004 Nissan Armada [Docket No. 118] is granted.  It is further

**ORDERED** that, pursuant to the provisions of 21 U.S.C. §853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B), defendants Donald Brian Winberg's and Karlien Richel Winberg's interest in the substitute asset identified above is hereby forfeited to the United States for disposition according to law.  Such forfeiture shall apply to the defendants' forfeiture money judgment in the amount of $1,541,689.90.  It is further

**ORDERED** that the Court will retain jurisdiction pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure to enter any further orders necessary for the forfeiture and disposition of the referenced substitute asset and to entertain any third party claims that may be asserted in these proceedings.

DATED June 19, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge