IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00160-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     DONALD BRIAN WINBERG,

        Defendant.

_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture for a Personal Money Judgment and Specific Asset [Docket No. 122]. The Court having read the motion and being fully advised in the premises finds that:

The United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as set forth in the Superseding Indictment [Docket No. 79] returned on February 11, 2015;

A Preliminary Order of Forfeiture was entered on May 6, 2015 [Docket No. 117];

All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n);

No petition for an ancillary hearing has been filed in this matter by any party, and the deadline for so doing expired on July 8, 2015.

It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED that:

1. The United States' Motion for Final Order of Forfeiture for a Personal Money Judgment and Specific Asset [Docket No. 122] is granted.

2. Judgment of forfeiture of defendant Donald Brian Winberg's interest in the $153,910.20 seized from him on February 5, 2015 shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party.

3. The United States shall have full and legal title to defendant's interest in the forfeited currency and may dispose of it in accordance with law.

4. An Order of Forfeiture for a Personal Money Judgment against defendant Donald Brian Winberg in the amount of $1,541,689.90 shall enter in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED July 30, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge