IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00160-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DONALD BRIAN WINBERG,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Counts 2-15, and Counts 17-20 of the Superseding Indictment [Docket No. 134]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Counts 2-15, and Counts 17-20 of the Superseding Indictment [Docket No. 134] is granted. Counts 2 through 15 and 17 through 20 of the Superseding Indictment of the Indictment are dismissed as to defendant Donald Brian Winberg only.

DATED August _14_, 2015.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge