# EXHIBIT A

-BOP Public Information sheet-

```
FLMDG              *           PUBLIC INFORMATION          *        07-07-2020
PAGE 001           *               INMATE DATA             *        10:55:19
                                AS OF 07-07-2020

REGNO..: 40433-013 NAME: WINBERG, DONALD BRIAN

                        RESP OF: SHE
                        PHONE..: 503-843-4442     FAX: 503-843-6645
                                                  RACE/SEX...: WHITE / MALE
                                                  AGE:  49
PROJ REL MT: GOOD CONDUCT TIME RELEASE            PAR ELIG DT: N/A
PROJ REL DT: 04-10-2021                           PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  FLMDG          *          PUBLIC INFORMATION         *     07-07-2020
PAGE 002          *             INMATE DATA            *     10:55:19
                             AS OF 07-07-2020


REGNO..: 40433-013 NAME: WINBERG, DONALD BRIAN

                    RESP OF: SHE
                     PHONE..: 503-843-4442   FAX: 503-843-6645
HOME DETENTION ELIGIBILITY DATE: 10-10-2020


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-10-2021 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: COLORADO
DOCKET NUMBER...................: 14-CR-00160-PAB-01
JUDGE...........................: BRIMMER
DATE SENTENCED/PROBATION IMPOSED: 08-14-2015
DATE COMMITTED..................: 10-08-2015
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT: $1,541,689.90

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 820     COMMUNICATIONS ACT
OFF/CHG: 18:1349, CONSPIRACY TO COMMIT WIRE FRAUD  (CTS 1 & 16).

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   87 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 08-31-2012
```

```
 G0002        MORE PAGES TO FOLLOW . . .
```

```
   FLMDG          *          PUBLIC INFORMATION          *      07-07-2020
 PAGE 003 OF 003 *             INMATE DATA               *      10:55:19
                         AS OF 07-07-2020


 REGNO..: 40433-013 NAME: WINBERG, DONALD BRIAN

                    RESP OF: SHE
                    PHONE..: 503-843-4442   FAX: 503-843-6645
 ------------------------CURRENT COMPUTATION NO: 010 ------------------------


 COMPUTATION 010 WAS LAST UPDATED ON 08-21-2019 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 09-15-2015 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 010: 010 010

 DATE COMPUTATION BEGAN..........: 08-14-2015
 TOTAL TERM IN EFFECT............:   87 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:    7 YEARS      3 MONTHS
 EARLIEST DATE OF OFFENSE........: 08-31-2012

 JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                     05-08-2014   05-08-2014
                                     02-05-2015   08-13-2015

 TOTAL PRIOR CREDIT TIME.........: 191
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 391
 TOTAL GCT EARNED................: 270
 STATUTORY RELEASE DATE PROJECTED: 04-10-2021
 TWO THIRDS DATE.................: 12-06-2019
 EXPIRATION FULL TERM DATE.......: 05-06-2022
 TIME SERVED.....................:     5 YEARS      5 MONTHS      1 DAYS
 PERCENTAGE OF FULL TERM SERVED..: 74.7
 PERCENT OF STATUTORY TERM SERVED: 87.7

 PROJECTED SATISFACTION DATE.....: 04-10-2021
 PROJECTED SATISFACTION METHOD...: GCT REL




 S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```