➔ PROB 22
(Rev. 2/88)

| DOCKET NUMBER *(Tran. Court)* |
| --- |
| 1:14CR00160-1 |

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Rec. Court)* |
| --- |
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Donald Brian Winberg | Colorado | |

| NAME OF SENTENCING JUDGE |
| --- |
| Philip A. Brimmer |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/21/2020 | TO 08/20/2025 |
| --- | --- | --- |

**OFFENSE**

Count 1 and 16: Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    COLORADO _____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Idaho _____   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/12/2021
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    Idaho _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 18, 2021
*Effective Date*

_____
*United States District Judge*